**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE GIAC TRUONG BANH; and LEHANG PHAM, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br> Defendants. | CASE NO.: 12-CV-01446-LHK <br><br> ORDER DISMISSING ACTION |

On July 24, 2012, Plaintiffs filed a notice of dismissal. Pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) ("The dismissal is effective on filing [of a notice of dismissal] and no court order is required."). Here, Defendants have served neither an answer nor a motion for summary judgment. Accordingly, this action is dismissed without prejudice. All parties shall bear their own costs and fees. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 24, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

CASE NO. 12-CV-01446-LHK
ORDER DISMISSING ACTION